IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| | § | CASE NO. 14-70345 |
| **CESARIO MONTALVO** | § | |
| d/b/a PASEO DE ANGELITOS ADULT | § | |
| DAY CARE | § | |
| **Debtor** | § | CHAPTER 13 |

### BRIEF DESCRIPTION OF ASSETS OWNED BY DEBTOR

Debtor's assets consist of five (5) vehicles with a value of approximately $10,000.00, office fixtures and equipment valued at about $1,500.00, ranching equipment including trailers, animals, etc. valued at approximately $5,000.00, and a home at about $100,000.

Debtor's liabilities consist of the Internal Revenue Service at approximately $150,000.00, Santender Consumer USA, Inc. at approximately $3,000.00, unsecured debts in the approximate amount of $100,000.00, and Lone Star National Bank at approximately $500,000.

### DECLARATION

I, Cesario Montalvo, named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Brief Description of Assets Owned by Debtor, consisting of one sheet, including this Declaration, and that it is true and correct to the best of our information and belief.

06/30/2014                                         /s/Cesario Montalvo
Date                                                    Cesario Montalvo