UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| IN RE:<br>CESARIO MONTALVO | CASE NO: 14-70345-M-13<br>SSN: XXX-XX-7782 |
| Debtor | FILING DATE: Mon, Jun 30, 2014 |

### NOTICE OF CONFIRMATION HEARING
### SUMMARY OF CHAPTER 13 PLAN
### NOTICE AND MOTION FOR VALUATION OF SECURITY, SETTING OF INTEREST AND LIEN AVOIDANCE

A hearing on Confirmation of the Chapter 13 Plan of the Debtor will be held on September 18, 2014 at 9:00 am at:

US Federal Courthouse, 1701 W. Business Highway 83, Bentsen Tower, 8th floor, McAllen, TX 78501

If the Court confirms the plan, its terms and conditions will legally bind all parties. If you object to confirmation, you must file a written objection with the Bankruptcy Clerk at least seven (7) days before the confirmation hearing, serve a copy of your objection on the Trustee and the attorney for the Debtor and appear at the confirmation hearing to present your objection to the Court.

**Motion is hereby made and notice is hereby given that valuation of collateral will be fixed, the interest rate will be set, and liens may be avoided for purposes of §506 and §1325(a) of the U.S. Bankruptcy Code unless an objection to valuation, interest rate or lien avoidance is filed and the party making such objection appears at the confirmation hearing and presents same to the Court.**

CASE NO:   14-70345-M-13    CESARIO MONTALVO

A detailed copy of the plan may be obtained from the clerk of the Court. The following is a summary of the proposed treatment of claims in the plan.

| Claim No. | Classification | Code | Creditor Name | Scheduled Amount | Int Rate | Scheduled Value* | Claim Amount |
|---|---|---|---|---|---|---|---|
| 0 | DEBTOR REFUND | | CESARIO MONTALVO | 0.00 | 0.00 | 0.00 | 0.00 |
| 1 | ATTORNEY FEES | | ANTONIO VILLEDA | 0.00 | 0.00 | 0.00 | 0.00 |
| 2 | POSTCONF ATTY FEE | | ANTONIO VILLEDA | 0.00 | 0.00 | 0.00 | 0.00 |
| 3 | NOTICE ONLY CREDI | | PERDUE BRANDON FIELDER | 0.00 | 0.00 | 0.00 | 0.00 |

CODES

O = PAID OUTSIDE                                      * COLLATERAL VALUE IF DEBTOR PROPOSES TO PAY
S = PROPERTY SURRENDERED                   LESS THAN SCHEDULED AMOUNT AS SECURED.

Assuming all payments are timely made by the Debtor, the estimated dividend to unsecured creditors will be 0.00% of the amount of the filed and allowed claims.

DATED:  Tue, Jul 15, 2014                             /s/   CINDY BOUDLOCHE

                                                               CINDY BOUDLOCHE
                                                               CHAPTER 13 TRUSTEE
                                                               555 N. Carancahua  Ste 600
                                                               Corpus Christi, TX  78401-0823
                                                               (361) 883-5786

## CERTIFICATE OF SERVICE

    I Certify that on or about Tue, Jul 15, 2014, a copy of the foregoing Notice of Confirmation Hearing was delivered to BNC to be served electronically or by United States Mail to the Debtor, Debtor's Counsel and all parties listed on the Court's mailing matrix.

/s/   CINDY BOUDLOCHE
CINDY BOUDLOCHE, TRUSTEE

PAGE 1

#219