

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

In Re:  Cesario Montalvo

**Debtor(s)**

Case No.: 14–70345

Chapter:  13

**ENTERED**
**12/11/2014**

### *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. Cindy Boudloche is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 12/11/14

RICHARD S. SCHMIDT
United States Bankruptcy Judge